IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CV-05-255-S-BLW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT, DECREE OF |
| ONE 1999 JEEP GRAND CHEROKEE, | ) | FORFEITURE AND |
| VIN NO. 1J4GW68N4XC752108, | ) | CERTIFICATE OF |
| (Registered Owner: ANTONIO ROLON), | ) | REASONABLE CAUSE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This cause coming before the Court upon the application of plaintiff, United States of America, for Judgment, Decree of Forfeiture and Certificate of Reasonable Cause, and the Court being fully advised in the premises, finds:

1.  That on June 28, 2005, a Verified Complaint In Rem was filed against the defendant vehicle above-named; it alleged said property was forfeitable as it was used and intended for use to transport and to facilitate the transportation, sale, receipt, possession, or concealment of drugs and drug paraphernalia in violation of 21 U.S.C. § 841 et seq.;

2.  A Notice of Civil Judicial Forfeiture was published in the Salt Lake Tribune in the October 10, 17, 24, 2005 issues;

3.  Antonio Rolon was personally served on August 29, 2005;

JUDGMENT, DECREE OF FORFEITURE AND
CERTIFICATE OF REASONABLE CAUSE - 1

4.  Antonio Rolon was defaulted, for failure to appear, on November 29, 2005; and Judgment by Default was entered against him on December 9, 2005;

5.  There are no other interested persons, no other claims having been filed; and

6.  The allegations of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> are taken as admitted.

Based upon the findings and the Court being otherwise fully advised in this matter, NOW, THEREFORE:

IT IS ORDERED, that judgment be, and the same is, hereby entered in favor of the United States and against the claimant above named and all other persons or parties, forfeiting all right, title, claim or interest they have in the defendant property.

IT IS FURTHER ORDERED that the above-named defendant property, is condemned and forfeited to the United States of America for disposition by the United States Marshals Service and/or Drug Enforcement Administration, according to law;

IT IS CERTIFIED by this Court pursuant to Title 28 U.S.C. § 2465 and based upon the pleadings on file, that there is reasonable cause for seizure on the part of the United States of America.

JUDGMENT, DECREE OF FORFEITURE AND
CERTIFICATE OF REASONABLE CAUSE - 2

The parties shall bear their own costs and attorney fees.

DATED:  **April 7, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

JUDGMENT, DECREE OF FORFEITURE AND
CERTIFICATE OF REASONABLE CAUSE - 3